[No. 9189-1-I. Division One. November 1, 1982.]

TERRY TAINTER, *Appellant,* v. ST. REGIS PAPER COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 861195, Frank J. Eberharter, J., entered August 15, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Ringold, J.

[No. 10836-1-I. Division One. November 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL RAYMOND LARSON, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 81-1-01815-3, 88737, 88992, Jim Bates and Frank D. Howard, JJ., entered September 16, 1981, November 9, 1979, and November 17, 1981. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Corbett, J.

[No. 10539-6-I. Division One. November 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EARL PARKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-01290-2, William C. Goodloe, J., entered July 10, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.